THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS A. CERF, Appellant, *v.* THOMAS M. LYNCH et al., Constituting the State Tax Commission of the State of New York, Respondents.

(Argued May 25, 1933; decided June 13, 1933.)

*Albert Handy* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph M. Mesnig* and *Henry Epstein* of counsel), for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.